IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00835-KLM

MELLISSA CLARKE CRICHTON, and
CRISTY HEDGPETH, individually and on behalf of all others similarly situated,
    Plaintiffs,

v.

AUGUSTUS ENERGY RESOURCES, L.L.C.
    Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| /s/ Stacy A. Burrows | /s/ Andrea Wang |
|---|---|
| Stacy A. Burrows | Andrea Wang |
| Law Offices of George A. Barton, P.C. | Davis Graham & Stubbs LLP |
| 7227 Metcalf Ave., Suite 301 | 1550 17th Street, Suite 500 |
| Overland Park, KS 66204 | Denver, CO 80202 |
| (816) 300-6253 | (303) 892-7423 |
| Attorney for Plaintiffs | Attorney for Defendant |

**SO ORDERED**
    DATED at Denver, Colorado, this 21st day of July, 2015.

BY THE COURT:

_____
United States Magistrate Judge Kristen Mix