IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00835-KLM

MELISSA CLARKE CRICHTON, and
CRISTY HEDGPETH, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

AUGUSTUS ENERGY RESOURCES, L.L.C.,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Modify the Scheduling Order [Doc. No. 24]** [#31][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**. The Scheduling Order [#24] is amended to extend the following deadlines:

| | |
|---|---|
| • Plaintiffs' Deadline to Disclose Affirmative Experts Relating to Class Certification | **March 14, 2016** |
| • Defendant's Deadline to Disclose Affirmative Experts Relating to Class Certification | **April 14, 2016** |
| • Deadline to Serve Interrogatories | **April 18, 2016** |
| • Deadline to Serve Requests for Production of Documents and Requests for Admissions | **April 18, 2016** |
| • Plaintiffs' Deadline to Disclose Rebuttal Experts Relating to Class Certification | **April 29, 2016** |
| • Discovery Cut-Off | **May 19, 2016** |
| • Plaintiffs' Deadline to File a Motion for Class Certification | **May 31, 2016** |

---

[1] "[#31]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

- Deadline for Defendant to File Response to Motion for Class Certification **June 27, 2016**
- Deadline for Plaintiff to File Reply in Further Support of the Motion for Class Certification **July 11, 2016**

Dated:  January 14, 2016